UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-15-01-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| MARCUS LORENZO GASKINS, | ) | |
| Defendant. | ) | |

The defendant's Motion to Continue Hearing [DE- Government's Motion to Continue Hearing [DE-79] is ALLOWED. The Clerk of Court is DIRECTED to reschedule and notice the hearing on motion to revoke supervised release until this court's **September 6, 2011,** term of court in Wilmington, North Carolina.

SO ORDERED.

This 26th day of July, 2011.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge